KIMBERLY A. SANCHEZ
Acting United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Aug 07, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL CISNEROS,<br><br>Defendant. | CASE NO. 1:25-CR-00154-KES-BAM<br><br>21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine and Fentanyl; 18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition; 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |

## I N D I C T M E N T

COUNT ONE: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine and Fentanyl]

The Grand Jury charges: T H A T

MANUEL CISNEROS,

defendant herein, on or about February 20, 2025, in the County of Fresno, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute controlled substances. It is further alleged that the offense involved a mixture or substance containing a detectible amount of fentanyl and 50 grams and more of actual methamphetamine. All in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), (b)(1)(C).

///

///

COUNT TWO: [18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition]

The Grand Jury further charges: T H A T

MANUEL CISNEROS,

defendant herein, on or about February 20, 2025, in the County of Fresno, State and Eastern District of California, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, specifically:

(1) Possession Of Controlled Substance With Intent To Sell, in violation of California Health and Safety Code section 11378, on or about December 18, 2013, in Fresno County, California; and

(2) Possession Of Controlled Substance With Intent To Sell, in violation of California Health and Safety Code section 11378, on or about February 13, 2019, in Fresno County, California;

did knowingly possess ammunition, specifically, .40 caliber rounds of Federal American Eagle branded ammunition, in and affecting commerce, in that said ammunition had previously been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATION: [21 U.S.C. § 853(a) – Criminal Forfeiture]

1. Upon conviction of the offense alleged in Count One of this Indictment, defendant MANUEL CISNEROS shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), the following property:

    a. All right, title, and interest in any and all property involved in violations of Title 21, United States Code, Sections 841(a)(1) and 846, or conspiracy to commit such offenses, for which defendants are convicted, and all property traceable to such property, including the following: all real or personal property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offenses; and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offenses.

    b. A sum of money equal to the total amount of proceeds obtained as a result of the offense, or conspiracy to commit such offense, for which defendants are convicted.

2. Upon conviction of the offense alleged in Count Two of this Indictment, defendant MANUEL CISNEROS shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition

involved in or used in the knowing commission of the offense.

3. If any property subject to forfeiture, as a result of the offenses alleged in Counts One and Two of this Indictment, for which defendant is convicted:

  a. cannot be located upon the exercise of due diligence;
  b. has been transferred or sold to, or deposited with, a third party;
  c. has been placed beyond the jurisdiction of the Court;
  d. has been substantially diminished in value; or
  e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of defendants, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA
_____
FOREPERSON

/s/ Joseph Barton
_____
JOSEPH D. BARTON
Assistant United States Attorney
Chief, Fresno White Collar Crime Unit

INDICTMENT                                3